## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BRYAN HARRIS, | ) ) ) | |
| Plaintiff | ) | |
| v. | ) | **Civil Action No. 21-11422** |
|  | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| Defendant | ) ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Bryan Harris, and Defendant, Life Insurance Company of North America, file this notice to notify the Court that this matter has settled. The parties respectfully request that the Court enter a Thirty Day Settlement Order of Dismissal to provide the parties with time to work out the details of the settlement.

Respectfully submitted,

| PLAINTIFF, | DEFENDANT, |
|---|---|
| BRYAN HARRIS, | LIFE INSURANCE COMPANY OF NORTH AMERICA, |
| By her attorney, | By its attorney, |
| /s/Jay P. Symonds | /s/Katherine R. Parsons |
| Jay P. Symonds, BBO No. 637972 | Katherine R. Parsons, BBO No. 657280 |
| Dell and Schaefer, Chartered | Crevier & Ryan, LLP |
| 2404 Hollywood Blvd | 1500 Main Street, Suite 2316 |
| Hollywood, FL 33020 | Springfield, MA 01115-5727 |
| (954)620-8300 | (413) 787-2400 |
| jay@diattorney.com | kparsons@crevierandryan.com |

## CERTIFICATE OF SERVICE

I hereby certify that on **December 13, 2021**, a copy of the foregoing **Notice of Settlement** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Katherine R. Parsons