UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
BRYAN HARRIS,                       )
        Plaintiff                   )
v.                                  )   **Civil Action No. 21-11422**
                                    )
LIFE INSURANCE COMPANY OF           )
NORTH AMERICA,                      )
        Defendant                   )
_____ )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs. Each party shall bear its or his own attorneys' fees and costs. All parties waive all rights of appeal.

Respectfully submitted,

| PLAINTIFF, | DEFENDANT, |
|---|---|
| BRYAN HARRIS, | LIFE INSURANCE COMPANY OF NORTH AMERICA, |
| By his attorney, | By its attorney, |
| /s/Jay P. Symonds | /s/Katherine R. Parsons |
| Jay P. Symonds, BBO No. 637972 | Katherine R. Parsons, BBO No. 657280 |
| Dell and Schaefer, Chartered | Crevier & Ryan, LLP |
| 2404 Hollywood Blvd | 1500 Main Street, Suite 2316 |
| Hollywood, FL 33020 | Springfield, MA 01115-5727 |
| (954)620-8300 | (413) 787-2400 |
| jay@diattorney.com | kparsons@crevierandryan.com |

## CERTIFICATE OF SERVICE

  I hereby certify that on **December 17, 2021**, a copy of the foregoing **Stipulation of Dismissal With Prejudice** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                <u>/s/Katherine R. Parsons</u>